# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

129595
& (15)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF MICHIGAN,
        Plaintiff-Appellee,

SC: 129595
COA: 263848
Barry CC: 01-100179-FH

v

TERRY LEE BARTELL, SR.,
        Defendant-Appellant.

_____/

On order of the Court, the motion to expand argument is GRANTED. The application for leave to appeal the September 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

l0424